Homeland Security Investigations

Fort Snelling, MN 55111



# Cover Sheet

| | |
|---|---|
| **To:** | |
| **From:** Andrew Jacob | |

| | | | | |
|---|---|---|---|---|
| **Date:** | 12/21/2022 |
| **Service Methods:** | Z-Email |
| **Carrier Fax:** | |
| **Carrier Email:** | lawenforcement@ |
| **Agent Phone:** | |
| **Agent Email:** | |

☐ Urgent    ☒ Action    ☐ Concurrence    ☐ FYI

**Comments:**

Attached is subpoena/summons #:

Please respond by 1/4/2023 8:00 AM

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY<br>U.S. Immigration and Customs Enforcement |
|---|---|
| [redacted] | [redacted]<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>21 U.S.C. § 967, Public Law 97-258, section 1, as amended |
| Summons Number: [redacted] | |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the ICE Special Agent named in Block 2 at the place, date and time indicated to testify and give information. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (including statements, declarations, and other documents and tangible things) indicated in Block 3 below, before the ICE Special Agent named in Block 2 at the place, date, and time indicated. |

Your testimony and/or production of the indicated records is required in connection with the investigation or inquiry concerning the enforcement of section 545, Title 18, U.S. Code (relating to the smuggling of goods into the United States), with respect to any [redacted]

Failure to comply with this subpoena will render you liable to proceedings in a U.S. District Court to enforce compliance with this subpoena as well as other sanctions.

| 2. (A) ICE Special Agent before whom you are required to appear | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Andrew Jacob<br>Criminal Investigator<br>[redacted]<br>United States | Telephone [redacted]<br>Fax | 1/4/2023 8:00 AM |

3. Records required to be produced for inspection

Please see attached continuation page.

| 4. Name of ICE Special Agent authorized to serve this subpoena<br><br>Andrew Jacob | 5. Date of issue - 12/21/2022 12:36 PM EST<br><br>By: *Marcus Phill* (signature) |
|---|---|
| [DHS seal]<br><br>If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2 | 6. Person issuing this subpoena<br><br>Name    Marcus Phill<br>Title    Assistant Special Agent in Charge (ASAC)<br>Address  [redacted]<br><br>Fort Snelling, MN 55111<br>United States<br><br>Telephone  [redacted] |

Digitally Signed by: 'E=Ti le-IIISupport@hsi.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest
Date: 2022.12.21 17:37:15 +00:00

ICE Form 73-021(06/09)- Page 2 of 4

| 1. | To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY U.S. Immigration and Customs Enforcement |
|---|---|---|
| | [redacted] | **SUBPOENA (Continuation)** to Appear and/or Produce Records 21 U.S.C. § 967, Public Law 97-258, section 1, as amended |

Summons Number: [redacted]

3. Records required to be produced for inspection (continued)

The following applies if checked:

☐ **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice.

Please provide the name, email address, address, additional telephone numbers, billing records, additional screen names & e-mail accounts, and any other subscriber information including length of service, start date and types of services utilized, connection records including dates/times, all available IP history logs, method of payment, iCloud account, and appleID for
accounts associated to the following phone numbers and names:



**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or " PDF". The data file(s) should be delivered via e-mail to Criminal Investigator Andrew Jacob at Andrew.G.Jacob@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Criminal Investigator Andrew Jacob at U.S. Immigration and Customs Enforcement:
2708 NORTH 1ST AVENUE , SIOUX FALLS, SD, 57104

If you have questions, please contact Criminal Investigator Andrew Jacob at (605) 251-8961.

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.

| END OF DOCUMENT |
|:---:|